## THE E. LUCKENBACK.[1]

*District Court, E. D. New York.* January 19, 1884.)

STENOGRAPHER'S FEES ON TRIAL—WHEN TAXED.

A direction made in open court that the testimony given in court be taken down by a stenographer is sufficient to entitle the stenographer's fees to be taxed by the successful party.

Appeal from Taxation of Costs.

*Goodrich, Deady & Platt,* for the motion.

*Butler, Stillman & Hubbard,* opposed.

BENEDICT, J. The judge's notes of the trial of this cause contain the memorandum, "stenographer takes notes." This memorandum indicates a direction given at the time that the testimony given in court be taken down by a stenographer. A direction to that effect made in open court is sufficient. It was unnecessary to enter a formal order. The sum paid stenographer was therefore for services rendered in pursuance of a direction of the court, and, like the expenses of printing, (*Dennis* v. *Eddy*, 12 Blatchf. 195,) is taxable by the successful party.

[1] Reported by R. D. & Wyllys Benedict, of the New York bar.